Byrne J. Decker CA Bar No. 337052
byrne.decker@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Two Monument Square, Suite 530
Portland, ME  04101
Telephone:  207-387-2963
Facsimile:   207-387-2986

Jenny H. Wang CA Bar No. 191643
jenny.wang@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:  714-800-7900
Facsimile:   714-754-1298

Attorneys for Defendant
Liberty Life Assurance Company of Boston, nka
The Lincoln National Life Insurance Company

Glenn R. Kantor, Esq.
Peter S. Sessions, Esq.
KANTOR & KANTOR, LLP
9301 Corbin Ave., Ste. 1400
Northridge, CA  91324
Telephone:  818-886-2525
Facsimile:   818-350-6272
gkantor@kantorlaw.net
psessions@kantorlaw.net

Attorneys for Plaintiff
Jennifer Foster

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JENNIFER FOSTER,<br><br>           Plaintiff,<br><br>      v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>           Defendant. | Case No. 8:24-cv-00508-HDV (ADSx)<br><br>**JOINT APPLICATION FOR REMOTE APPEARANCE AT SCHEDULING CONFERENCE**<br><br>Complaint Filed: March 8, 2024<br>Trial Date:          None Set<br>District Judge:    Hon. Hernan D. Vera<br>Magistrate Judge: Hon. Autumn D. Spaeth |

The scheduling conference in this ERISA-governed case involving Plaintiff Jennifer Foster's disputed claim for long-term disability benefits is set for October 1, 2024 at 10:00 a.m. in downtown Los Angeles. Counsel for Defendant The Lincoln National Life Insurance Company, Jenny Wang, is located in Orange County, California. Counsel for Plaintiff Jennifer Foster, Glenn Kantor, is located in Northridge, California. Both counsel jointly request an order permitting them to appear remotely at the scheduling conference.

Good cause exists for a remote appearance because a personal appearance will save counsel about a half-day to travel to and from the courthouse in downtown Los Angeles. Thus, permitting counsel to appear remotely will result in a substantial savings of time and expense for both parties.

It is so stipulated and respectfully requested.

DATED: September 25, 2024          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Jenny H. Wang*
    Jenny H. Wang
    Byrne J. Decker

Attorneys for Defendant
Liberty Life Assurance Company of Boston, nka
The Lincoln National Life Insurance Company


DATED: September 25, 2024          KANTOR & KANTOR, LLP


By: */s Peter S. Sessions*
    Peter S. Sessions
    Glenn R. Kantor
    Attorneys for Plaintiff
    Jennifer Foster

2       Case No. 8:24-cv-00508-HDV (ADSx)
JOINT APPLICATION FOR REMOTE APPEARANCE AT SCHEDULING CONFERENCE

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to counsel for Plaintiff, and that I have obtained authorization to affix his electronic signature to this document.

Date: September 25, 2024                     By:   /s/ *Jenny H. Wang*
                                                           Jenny H. Wang

**PROOF OF SERVICE**
*Jennifer Foster v. Liberty Life Assurance Company of Boston*
Case No. 8:24-cv-00508-HDV (ADSx)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On September 25, 2024, I served the following document(s):

**JOINT APPLICATION FOR REMOTE APPEARANCE AT SCHEDULING CONFERENCE**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

☐ the written confirmation of counsel in this action:
☐ [Federal Court] the written confirmation of counsel in this action and order of the court:

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 25, 2024, at San Diego, California.

_____
Pamela Blanton

## SERVICE LIST

| | |
|---|---|
| Glenn R. Kantor, Esq.<br>Peter S. Sessions, Esq.<br>KANTOR & KANTOR, LLP<br>9301 Corbin Ave., Ste. 1400<br>Northridge, CA  91324<br>Telephone:  818-886-2525<br>Facsimile:    818-350-6272<br>gkantor@kantorlaw.net<br>psessions@kantorlaw.net | Attorneys for Plaintiff<br>Jennifer Foster |